**Willie CHESTER, Petitioner–Appellant,**

v.

**Dan JOSLIN, Warden, Respondent–Appellee.**

No. 06–10340

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

Willie Chester, Seagoville, TX, pro se.

---

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Willie Chester, federal prisoner # 56341–080, appeals the district court's dismissal of a 28 U.S.C. § 2241 petition challenging his enhanced sentence as an armed career criminal. The district court dismissed the petition for lack of jurisdiction because it determined that Chester's claims sounded as an unauthorized second or successive 28 U.S.C. § 2255 motion and that Chester had not made the showing necessary to seek § 2241 relief by means of the savings clause of § 2255. Because Chester does not challenge this determination by the district court, he has waived the only issue relevant to his appeal. *Yohey v. Collins,* 985 F.2d 222, 225 (5th Cir.1993).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.